# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI WESTERN DIVISION

| Bo Thomas, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| v. | ) | Case No. 13-0961-CV-W-JTM |
|  | ) |  |
| BNCCORP, Inc., | ) |  |
|  | ) |  |
| Defendant. | ) |  |

## ORDER OF DISMISSAL

Pursuant to the entry of plaintiff's voluntary motion to dismiss case, filed November 7, 2013 [Doc.3], it is

**ORDERED** that this matter is **DISMISSED WITHOUT PREJUDICE**, plaintiff to bear his own costs and fees.

*/s/ John T. Maughmer*
**John T. Maughmer**
**United States Magistrate Judge**